Form 3A
(10/05)

# United States Bankruptcy Court

District Of _____ Illinois _____

In re Lawrence Carside,
        Debtor

Case No. 08-14613

Chapter 13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ 274 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ 68.50    Check one ☐  With the filing of the petition, or
                        ☑  On or before  June 16-08

   $ 68.50    on or before  Aug-July-16-08

   $ 68.50    on or before  Aug -16-08

   $ 68.50    on or before  Sep -16-08

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____    Lawrence Carside  6-6-2008
Signature of Attorney              Date         Signature of Debtor         Date
                                                (In a joint case, both spouses must sign.)

_____
Name of Attorney
                                                _____    _____
                                                Signature of Joint Debtor (if any)    Date



FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUN - 6 2008

KENNETH S. GARDNER, CLERK
PS REP. - RD

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
## District Of _____Illinois_____

In re _[handwritten: Lawrence Collins]_          Case No. 08-14613
_____
       Debtor

                                                  Chapter  13

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____   Check one  ☐  With the filing of the petition, or
                              ☐  On or before _____

$ _____   on or before _____

$ _____   on or before _____

$ _____   on or before _____

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

                                                  BY THE COURT

Date:  JUN 0 6 2008                               **KENNETH S. GARDNER**
                                                  Clerk, U.S. Bankruptcy Court

                                                  Kenneth S. Gardner, Clerk of the Court